THOMAS S. WILLS et al., complainants, appellants,

*v.*

ELIZA A. WILLS et al., defendants, respondents.

[Submitted December 9th, 1907. Decided March 2d, 1908.]

On appeal from an order made by the former chancellor advised by Vice-Chancellor Leaming, whose opinion is reported in *72 N. J. Eq. (2 Buch.) 782.*

*Messrs. Berry & Riggins,* for the appellants.

*Mr. Ephraim Tomlinson* and *Mr. Howard M. Cooper,* for the respondents.

PER CURIAM.

The order under review herein will be affirmed, with costs, for the reasons set forth in the opinion of Vice-Chancellor Leaming.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, BOGERT, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—None.